# EXHIBIT F

# Isaac Sanders

**From:** Kevin Doherty [kdoherty@ncga.us]
**Sent:** Thursday, August 15, 2013 12:17 PM
**To:** Isaac Sanders
**Subject:** RE: Titan trip update

Please note, the decision to delay payments to SSP rests solely on the limited funds coming into Nexus and not on any action or lack of action by SSP. As I've noted, we are operating from the red due to a significant unpaid debt owed to us by a Chapt 11 protected client in Indonesia. This debt is what has and continues to impact payments to SSP as well as the bulk of our contractors. The fact that at the moment we need not allocate funds to counsel to address this matter certainly should free up some fund allocation.

As of this email, there are no funds are being "withheld" by Nexus, nor do I hope or plan to withhold any. We deposited a hard check yesterday and at the moment, those funds are not available to disburse as our bank has advised they are holding the availability of those funds until Weds of next week. I am hoping things post sooner and if they do, nothing will be withheld by Nexus.

On the allocation scale, operation of Nexus is crucial to the payment of Nexus debt. This prior debt must be paid with current and future revenues, as we don't have the original funds still owed to us from operations dating back to 2010. Unfortunately, this prior debt has lent to additional fund allocation to additional support (more specifically, due to the funds not coming in, and Nexus not having additional resources to fully cover the unpaid debts, Nexus has and is dealing with additional legal fees which were not anticipated that are directly related to this issue). I have relayed this to your client and assume that we are all on the same page on how and where Nexus needs to allocate it's funding to ensure all prior debts can be paid in full, but over a longer period of time than anticipated, and contracted, due to protected clients not paying Nexus.

This is the heart of the issue really - does SSP understand and agree to the manner in which Nexus plans to pay SSP the monies owed. If this isn't agreed, we need to address this.

The fact is we do not have on hand the money to pay the debt owed to SSP due to a multitude of factors borne out of the unpaid invoices owed Nexus from the protected client. Despite that, Nexus still has full intention to pay SSP the monies owed, and from a legal perspective, of course it doesn't much matter what a client of Nexus does or doesn't do, as the debt of Nexus to SSP is owed in the eyes of the court, irrespective of the action or inactions of the Nexus contracts. I understand and fully agree with legal aspect of our debt, but also understand we can't disburse what we don't have.

So to be blunt, does SSP understand and agree that the best course of action for Nexus to pay its' debt owed SSP is to continue operations so that current and future revenues can be allocated to all prior SSP debts?

Kevin

---

**From:** Isaac Sanders [mailto:isanders@nealharwell.com]
**Sent:** Thursday, August 15, 2013 12:10 PM
**To:** Kevin Doherty
**Subject:** RE: Titan trip update

I certainly hope that my client's decision to give you more time in the hope that we can avoid litigation will not cause you to further delay payments to them. If that is your position, I will let them know immediately. As of today, we have not filed anything, and were not planning to do in the immediate future. If you tell me that you would be able make some type of payment by next Wednesday, I would be able to guarantee you that we would not file anything before

EXHIBIT F

1

then. Simply put, if you expect that you have funds available sometime next week, there is absolutely no basis for withholding payment.

Please advise when you are able to do so.

**J. Isaac Sanders**
**NEAL & HARWELL**
**150 Fourth Avenue North**
**Suite 2000**
**Nashville, TN 37219**
Phone: 615-244-1713
Fax: 615-726-0573
isanders@nealharwell.com

---

**From:** Kevin Doherty [mailto:kdoherty@ncga.us]
**Sent:** Thursday, August 15, 2013 11:02 AM
**To:** Isaac Sanders
**Subject:** RE: Titan trip update

Noted on Titan, and please relay thanks on that. I'm hoping that once I hear back from the rest of the team, that should get that one fast tracked.

Please note that unfortunately, we can't take radio silence as anything other than what was last reported. From our side, we have had proceeded as if you have filed suit/ arbitration as of your last email.

Luckily, we received a hard check (very unusual) from one of the other delayed invoices yesterday. I deposited it yesterday at the bank, but unfortunately do to it exceeding deposit limits, they had to place a 5 day hold on it.

I am hoping it clears today/ tomorrow and we can start pushing some of that out, but bank advises that those funds most likely won't be available until next Weds. I haven't reviewed who is getting what from that check yet, but noting that SSP is holding legal actions will put them back on distribution list (not a threat or bargaining tool, just policy when we take the legal route, we almost always hold funds until legal resolution). I should be able to get to the funds allocation this afternoon and can advise you as soon as I do, barring any other more immediate issues today.

Kevin

---

**From:** Isaac Sanders [mailto:isanders@nealharwell.com]
**Sent:** Thursday, August 15, 2013 11:24 AM
**To:** Kevin Doherty
**Subject:** RE: Titan trip update

Mr. Doherty,

Mr. Day and Mr. McKenzie are willing to accept a 10% reduction in their invoice to Nexus for the Titan excursion referenced in your email.

Are you able to provide any update regarding the funds you were hoping to receive? If so, do you have any idea regarding when you will be able to start making payments on the overdue balance? As you can tell from the radio silence, my clients decided to hold off on filing anything, at least for a couple of weeks. I will let you know when that changes.

Thank you.

2

J. Isaac Sanders
NEAL & HARWELL
150 Fourth Avenue North
Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
isanders@nealharwell.com

**From:** Kevin Doherty [mailto:kdoherty@ncga.us]
**Sent:** Thursday, August 15, 2013 10:07 AM
**To:** 'Kevin Doherty'
**Subject:** Titan trip update

Good morning all,

Client is asking for a reduction on the Titan (May 16-Jun 14 2013) invoice due to the extra days incurred from Spain to Suez. Please let me know if you are willing to accept a 10% reduction in your invoice to Nexus before we respond to the client. Thanks for your attention on this.

Kevin C. Doherty
President



Nexus Consulting Group
Securing Your Future Throughout the World

Nexus Consulting
2331 Mill Rd. #100
Alexandria, VA 22314
+1-703-224-8984
*An ISO 9001:2008 Certified Maritime Security Firm*

==================================================The information in this e-mail transmission may be confidential or legally privileged information. If you received this e-mail in error, please delete immediately and E-mail "postmaster@nealharwell.com". Please be advised that any distribution, reading, copying or other use of this e-mail communication by anyone other than the designated recipient is strictly prohibited.Neal & Harwell is required by IRS Circular 230 to inform you that any statements contained in this communication cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by Federal tax law.


==================================================The information in this e-mail transmission may be confidential or legally privileged information. If you received this e-mail in error, please delete immediately and E-mail "postmaster@nealharwell.com". Please be advised that any distribution, reading, copying or other use of this e-mail communication by anyone other than the designated recipient is strictly prohibited.Neal & Harwell is required by IRS Circular 230 to inform you that any statements contained in this communication cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by Federal tax law.