IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| STRATEGIC SOLUTIONS PARTNERSHIP, LLC | ) ) ) | |
| Plaintiff, | ) ) | No. 3:13-cv-00894 |
| v. | ) ) | JURY DEMAND |
| NEXUS CONSULTING OF ALEXANDRIA, LLC | ) ) ) ) | Judge Campbell |
| | ) | Magistrate Judge Bryant |
| Defendant. | ) | |

**PLAINTIFF STRATEGIC SOLUTIONS PARTNERSHIP, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.02 of the Rules of the United States District Court for the Middle District of Tennessee, the undersigned counsel for Strategic Solutions Partnership, LLC in the above-styled action certifies that Plaintiff Strategic Solutions Partnership, LLC has no corporate parent corporation and no publicly held company owns any of its stock.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: s/ J. Isaac Sanders
    J. Isaac Sanders, #029372
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2498
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
isanders@nealharwell.com
*Counsel for Plaintiff Strategic Solutions Partnership, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by forwarding via Federal Express on September 5, 2013 to a private process server, along with a copy of the Summons, Complaint, and Notice of Setting of Initial Case Management Conference, for personal service on the following:

> Nexus Consulting of Alexandria, LLC
> Registered Agent for Service of Process:
> Kevin C. Doherty
> 2331 Mill Road, Suite 1000
> Alexandria, Virginia 22314

                                                  s/ J. Isaac Sanders