UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STRATEGIC SOLUTIONS PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-0894 |
| | ) | Magistrate Judge Bryant |
| NEXUS CONSULTING OF ALEXANDRIA | ) | |
| VIRGINIA, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

As explained in the Memorandum entered contemporaneously with this Order, Defendant's motion to dismiss for lack of jurisdiction (Docket Entry No. 21) is hereby DENIED.

Also pending in this case is Defendant's motion to stay discovery. (Docket Entry No. 42) That motion is DENIED. In light of the Court's ruling on Defendant's motion to dismiss, a further case management conference is in order. Accordingly, a telephone conference is scheduled on Wednesday, **October 8, 2014, at 10:00 a.m.** Plaintiff's counsel shall initiate the conference call.

So ORDERED.

s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE